UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                        Criminal No. 09-cr-26-JL

<u>Jayson Fulcher</u>

**O R D E R**

Because I was the Assistant U.S. Attorney assigned to prosecute a prior criminal case involving this defendant (<u>see</u> USDC Cr. No. 02-cr-00188-SM), I recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  January 30, 2009

cc:  Terry L. Ollila, AUSA