UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                     Criminal No. 09-cr-26-01-JD

Jayson Fulcher


O R D E R

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                */s/ Joseph A. DiClerico, Jr.*
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: March 13, 2009


cc:   Jessica Brown, Esq.
       Terry Ollila, Esq.
       U.S. Marshal
       U.S. Probation