UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                            Criminal No. 09-cr-26-01-JD

Jayson Fulcher


O R D E R

The assented to motion to reschedule jury trial (document no. 18) filed by defendant is granted; continuance is limited to September 15, 2009.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              */s/ Joseph A. DiClerico, Jr.*
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: July 1, 2009


cc:  Terry Ollila, Esq.
     Paul Garrity, Esq.
     U.S. Marshal
     U.S. Probation