UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                        Criminal No. 09-cr-26-01-JD

<u>Jayson Fulcher</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted in part; trial is rescheduled to the two-week period beginning Tuesday, November 3, 2009.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                        <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                         Joseph A. DiClerico, Jr.
                                                         United States District Judge

Date:  September 3, 2009

cc:  Paul Garrity, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation