UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 09-cr-26-01-JD

<u>Jayson Fulcher</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 25) filed by defendant is granted. Trial is rescheduled to December 1, 2009. This is the fourth request for a continuance and no further continuances will be granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                   */s/ Joseph A. DiClerico, Jr.*
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

Date: October 5, 2009

cc:  Paul Garrity, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation